IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TROY GROVOM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RACHEL DePUY, M.D.,<br><br>　　　　Defendant. | CV 12–188–M–DLC<br><br>ORDER |

**FILED**

JAN 0 9 2014

Clerk, U.S. District Court
District Of Montana
Missoula

Upon the parties' joint stipulation for dismissal with prejudice (Doc. 15),

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, each party to bear their own attorneys' fees and costs.

Dated this 9th day of January, 2014.

Dana L. Christensen, Chief Judge
United States District Court